# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DALE SCOTT DAVIES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-65 |
| | * | |
| v. | * | |
| | * | |
| ROBERT TOOLE, | * | |
| | * | |
| Defendant. | * | |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's December 14, 2016, Report and Recommendation, (dkt. no. 10), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims for monetary relief against Defendant in his official capacity and his claims for compensatory and punitive damages. In addition, the Court **DENIES** Plaintiff's request for a preliminary injunction.

**SO ORDERED**, this 10 day of January, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)