# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2017 MAY 25 P 2: 56

CLERK
SO. DIST. OF GA.

DALE SCOTT DAVIES,      *
                           *
         Plaintiff,        *      CV 516-65
                           *
   v.                      *
                           *
ROBERT TOOLE,            *
                           *
         Defendant.       *

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's March 22, 2017, Report and Recommendation, dkt. no. 25, to which no Objections have been filed.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **GRANTS** Defendants' Motion to Dismiss, dkt. no. 16. Specifically, the Court **DISMISSES** Plaintiff's Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000c-1, *et seq.*, claims in their entirety and **DISMISSES** Plaintiff's injunctive relief claims under 42 U.S.C. § 1983.

---

[1] Plaintiff filed a Response to Defendant's Reply on April 3, 2017. Dkt. No. 26. To the extent Plaintiff's Response serves as his Objections to the Magistrate Judge's Report and Recommendation, the Court **OVERRULES** those Objections.

Plaintiff's only remaining claims are for nominal damages under Section 1983.

**SO ORDERED,** this __25__ day of __May__ , 2017.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA